**United States Courts**
James A. McClure Federal Bldg & Courthouse
550 W Fort St
Boise, ID 83724
PH: (208) 334-1361
FAX: (208) 334-9362

Elizabeth A. Smith, Court Executive          Amy Hickox, Deputy Clerk

March 6, 2013

United States Post Office
and Courthouse
301 Simonton Street
Key West, FL 33040



REC'D by _____ D.C.
MAR 1 3 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - KEY WEST

Re: Ammon Covino, Christopher Conk, and Idaho Aquarium, Inc.
   Southern District of Florida Case No. 12-10020
   Idaho Case No. MS13-~~7501~~-CWD
           7497

The above named defendants recently appeared on warrants issued out of your district. I am enclosing certified copies of the proceedings before Chief United States Magistrate Judge Candy W. Dale held in the District of Idaho on 2/21/2013 and 3/1/2013.

Please confirm on the bottom of this letter that you received this paperwork, and return in the enclosed envelope.

Should you need further assistance, feel free to call me at (208) 334-9387.

Thank you,

*Amy Hickox* (signature)
Amy Hickox
Deputy Clerk


Rule 5(c)(3) documents from the District of Idaho have been received.

*Lee Alwich* (signature)
_____
Deputy Clerk, Southern District of Florida